**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000567**
**19-JUN-2023**
**08:03 AM**
**Dkt. 49 OAWST**

NO. CAAP-22-0000567

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
GSAA HOME EQUITY TRUST 2004-5 ASSET-BACKED CERTIFICATES
SERIES 2004-5, Plaintiff-Appellee, v.
TERILYNN DENSON, individually; TERILYNN DENSON,
as Special Administrator of the Estate of the Decedent
Howell H. Kaleohano, aka Howell Hawila Kaleohano;
BETTY K. KALEOHANO, Defendant-Appellant, and
ATLANTIC CREDIT & FINANCE, INC. and DOES 1-20, inclusive,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-21-0000139)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the Stipulation For Dismissal Of Appeal (Stipulation), filed May 24, 2023, by Plaintiff-Appellee Deutsche Bank National Trust Company, As Trustee for GSAA Home Equity Trust 2004-5 Asset-Backed Certificates, Series 2004-5, the papers in support, and the record, it appears that: (1) the appeal has been docketed and filing fees paid or waived; (2) the Stipulation is dated and signed by counsel for all parties and all self-represented parties who have appeared in the appeal; (3) the parties agree to dismiss the appeal with prejudice, and "that attorneys' fees and costs associated with the Appeal have been

addressed by the parties"; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The attorneys' fees and costs on appeal shall be borne as addressed by the parties.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, June 19, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge